## 31979. KUSHNER v. BARTOLETTI.

PER CURIAM.

This court granted certiorari to review the decision of the Court of Appeals in *Bartoletti v. Kushner,* 140 Ga. App. 468 (231 SE2d 358) (1976). After further consideration we have determined that the writ was improvidently granted.

*Writ of certiorari dismissed. Nichols, C. J., Undercofler, P. J., Jordan, Hall and Hill, JJ., concur. Ingram, J., dissents.*

ARGUED MARCH 14, 1977 — DECIDED APRIL 6, 1977 — REHEARING DENIED APRIL 22, 1977.

*Kaler, Karesh & Frankel, Lawrence J. Movshin, David I. Funk,* for appellant.

*Donald M. Fain, Michael S. Reeves,* for appellee.

INGRAM, Justice, dissenting.

Certiorari was originally granted to consider the correctness of this court's decision in *Hatch v. O'Neill,* 231 Ga. 446 (202 SE2d 44) (1973), which was followed by a closely divided Court of Appeals in this case.

I dissent to the dismissal of the writ of certiorari as I think *Hatch v. O'Neill,* supra, is wrong and should be overruled by this court. Therefore, I would reverse the judgment of the Court of Appeals in this case and affirm the trial court's denial of the defendant's motion for summary judgment.